■ JAMES MIRABITO & SONS, INC., et al., Appellants, v ANTHONY T. MIRABITO, Respondent.—Appeal from that part of an order of the Supreme Court (Ingraham, J.), entered December 22, 1986 in Chenango County, which denied plaintiffs' motion for summary judgment and granted defendant's cross motion to dismiss the complaint.

Order affirmed, with costs, upon the opinion of Justice Irad S. Ingraham. Mahoney, P. J., Kane, Main, Casey and Levine, JJ., concur.